# UNITED STATES DISTRICT COURT
Southern District of Mississippi

Jackson Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987) |
| | Case Number:   3:03cr103-001 |
| EVERETT RAY KROSP, JR. | |
| | Defendant's Attorney:   Dennis Joiner<br>200 S. Lamar, Suite 100-S<br>Jackson, MS 392019 (601-948-4284) |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)  Mandatory Condition and Standard Condition #1.
of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the Court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition | The offender has failed to refrain from a violation of State law. On October 6, 2005, the supervised releasee was arrested by the Dallas Police Department in Dallas, Texas, and charged with Unauthorized Use of a Motor Vehicle. This offense occurred in Magee, Mississippi, and he subsequently pled guilty to Grand Larceny in Simpson County Circuit Court on 12-09-2005. | 10-06-05 |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 2 4 2006
J. T. NOBLIN, CLERK
BY _____ DEPUTY

The defendant is sentenced as provided in pages 2 through    5    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 19, 2006
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Tom S. Lee, U. S. District Judge
Name and Title of Judicial Officer

5/23/06
Date

Defendant's Mailing Address:
Same

AO 245D    (Rev. 8/01) Judgment in a Criminal Case for Revocations
    Sheet 1— Reverse

Judgment—Page 2 of 5

DEFENDANT: Everett Ray Krosp, Jr.
CASE NUMBER: 3:03cr103-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Standard Condition #1 | The offender was arrested in Dallas, Texas, on October 6, 2005, which is located in the Northern District of Texas. The offender did not seek permission to travel outside of the Southern District of Mississippi, prior to being arrested in the Dallas area. | 10-06-05 |

| | |
|---|---|
| DEFENDANT: | Everett Ray Krosp, Jr. |
| CASE NUMBER: | 3:03cr103-001 |

Judgment — Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   twenty-four (24) months   to be served <u>consecutively</u> with any other State imprisonment sentence, with no supervised release to follow.    Additionally, the Court orders the United States Marshal Service to place a detainer on this defendant whereby, upon the completion of his term of imprisonment with the State of Mississippi, their office shall re-obtain custody for the purpose of transporting this defendant to the appropriate Bureau of Prisons's facility to begin service of his federal sentence.

■ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be designated to a Bureau of Prisons facility which will provide him with mental health and drug abuse treatment.

■ The defendant is remanded to the custody of the United States Marshal to be returned to the Mississippi Department of Corrections for the completion of his State term of imprisonment.

The defendant shall surrender to the United States Marshal for this district:

☐   at _____ ☐ a.m. ☐ p.m. on _____ .

☐   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence to the :

☐   before a.m. on _____

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 8/01) Judgment in a Criminal Case for Revocations
         Sheet 5, Part A — Criminal Monetary Penalties

Judgment — Page   4   of   5

DEFENDANT:         Everett Ray Krosp, Jr.
CASE NUMBER:       3:03cr103-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| **TOTALS** | $ -0- | $ -0- | $ 1,771.84 (balance) |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | ***Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
| Sears National Bank<br>Fraud Department<br>P. O. Box 2050<br>Tampe, AZ 85280 | | $1,771.84 (balance) | |
| **TOTALS** | $ _____ | $ ___1771.84 (balance)___ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____ .

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment — Page 5 of 5

DEFENDANT: Everett Ray Krosp, Jr.
CASE NUMBER: 3:03cr103-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☒ Lump sum payment of $ __1,771.84__ due immediately, balance due

　　☐ not later than _____ , or
　　☒ in accordance with ☐ C, ☐ D, or ☒ E below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☒ Special instructions regarding the payment of criminal monetary penalties:

The Court orders that the defendant pay the remaining balance of his restitution in the amount of $1,771.84, immediately; with any remaining balance to be collected by the Financial Litigation Unit of the U. S. Attorney's Office.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

　　Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.